RACHEL SCHLACTER, as Administratrix of the Estate of DAVID SCHLACTER, Deceased, Appellant, *v.* VICTOR J. DOWLING et al., as Receivers of Interborough Rapid Transit Company, Respondents.

Argued June 6, 1940; decided July 24, 1940.

*Myron Wisoff* and *William S. Butler* for appellant.

*J. Osgood Nichols* and *James L. Quackenbush* for respondents.

Judgment affirmed, with costs. The plaintiff having conceded the correctness of the report of the weather bureau, there was no substantial evidence that the water upon the subway platform was the cause, as plaintiff claimed, of the occurrence which resulted in the death of the intestate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. RIPPEY, J., dissents on the ground a question of fact was presented.